JOHN H. BOBB, Respondent, v. JAMES H. COMFORT et al., Appellants.

1. *Practice, Supreme Court — Appeal — Failure to file transcript.*—When appellant fails to prosecute his appeal as required by statute, and respondent presents to this court a perfect transcript, no reasons being shown to the contrary, motion for affirmance of judgment will be sustained.

*Appeal from St. Louis Circuit Court.*

*Cline, Jamison & Day*, for respondent.

*Espy*, for appellants.

WAGNER, Judge, delivered the opinion of the court.

From the record it appears that the judgment was rendered in this case on the 6th day of April, 1870, and that the appellants have failed to prosecute their appeal.

The respondent now presents to this court a perfect transcript and asks for an affirmance of the judgment. No reasons being shown to the contrary, the motion will be sustained and the judgment affirmed. The other judges concur.